No. 03–1318. WHITEHORN v. FEDERAL COMMUNICATIONS COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 03–1332. KANT ET UX. v. BREGMAN, BERBERT & SCHWARTZ, LLC, ET AL. Cir. Ct. Montgomery County, Md. Certiorari denied.

No. 03–1344. NICKLIN v. POTTER, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 03–1346. DORAN ET AL. v. MASSACHUSETTS TURNPIKE AUTHORITY ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–1358. ROCKEFELLER v. TACHA, CHIEF JUDGE, UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1362. MOODY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–1378. MARCH ET UX. v. INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied.

No. 03–8634. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8709. CAMPOS-BELASQUEZ v. UNITED STATES; CARAPIA-HERNANDEZ v. UNITED STATES; and NOLASCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8727. FOSTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8730. GARZA-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8735. MULLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9140. CRYNS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.